Submitted May 2, reversed June 11, 2008

In the Matter of J. S. K.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

J. S. K.,
*Appellant.*

Lane County Circuit Court
300614656; A133120

186 P3d 324

James A. Palmer filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Nick M. Kallstrom, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM

**PER CURIAM**

Appellant in this mental commitment case appeals a judgment committing him to the Mental Health Division for treatment for a period of time not to exceed 180 days. ORS 426.130. The trial court found that appellant suffers from a mental disorder and is a danger to others. The state concedes that the record lacks clear and convincing evidence that defendant's mental disorder causes him to be a danger to others. On *de novo* review, we find the state's concession to be well founded and accept it.

Reversed.